United States District Court
Southern District of Texas
ENTERED

JUL 3 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

JUL 3 1 1998

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FELIPE SERRATA, As Next Friend  \*
of CISELY SERRATA               \*
          vs                    \*  C.A. NO.
MISSOURI PACIFIC RAILROAD       \*  B98 057
COMPANY                         \*

## SCHEDULING ORDER

On this day an initial pretrial conference was held in the above-entitled and numbered cause of action, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by __March 5, 1999__. If additional time is required, a motion requesting such extension must be filed no later than __February 1, 1999__. Failure to file such motion shall preclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, in full compliance with the local rules, setting forth the following matters be filed no later than __April 2, 1999__:

    (a) the nature of the case;
    (b) contentions of the parties;
    (c) stipulations;
    (d) specific issues of fact, as they are submitted to the jury;
    (e) issues of law, if any;
    (f) list of all pending motions;
    (g) approximate duration of trial; and
    (h) in non-jury cases, specific proposed findings of fact and conclusions of laws.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) (a) Plaintiff/s shall designate expert witnesses, if applicable, by __December 01, 1998__.
    (b) Defendant/s shall designate expert witnesses, if applicable, by __January 30, 1999__.

(5) A final pretrial and settlement conference be set for __April 23, 1999, 2 pm__.

(6) Trial on the merits be set for __May, 1999__, docket call.

DONE at Brownsville, Texas, on __July 31, 1998__.

                                         Fidencio G. Garza, Jr.
                                         United States Magistrate Judge