8

UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

*Felipe Serrata*

versus

*Missouri Pacific Railroad*

§
§
§
§
§
§
§

United States District Court
Southern District of Texas
FILED

SEP 01 1998

Michael N. Milby
Clerk of Court

CIVIL ACTION B 98-57

United States District Court
Southern District of Texas
ENTERED

SEP 02 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order

The reference to the magistrate judge is withdrawn and this case is returned to the docket of Judge Hilda G. Tagle.

Court settings are cancelled but deadlines remain in effect.

Signed on _September 1_, 1998, at Brownsville, Texas.

———————————————
Hilda G. Tagle
United States District Judge