


United States District Court
Southern District of Texas
ENTERED

DEC 1 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FELIPE SERRATA, As Next Friend of CISELY SERRATA | § § § | |
| V. | § | CIVIL ACTION NO. B-98-057 |
| | § | |
| MISSOURI PACIFIC RAILROAD COMPANY d/b/a UNION PACIFIC RAILROAD COMPANY | § § § | |

**ORDER GRANTING AGREED MOTION
TO RESET DISCOVERY DEADLINES**

On this _11_ day of December, 1998 came on to be considered Plaintiff's Agreed Motion to Reset Discovery Deadlines. The Court, after reviewing the motion, is of the opinion that it is well taken and should be GRANTED.

IT IS, THEREFORE, ORDERED that the current discovery deadlines are STRICKEN, that the Agreed Motion to Reset Discovery is GRANTED and that a pretrial conference in this case is set for _April 23, 1999_.

_____
JUDGE PRESIDING