*11*

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
ENTERED

FEB 1 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| SERRATA, ET AL | § | |
| :--- | :---: | :--- |
| | § | |
| | § | |
| versus | § | CIVIL ACTION B-98-057 |
| | § | |
| | § | |
| MISSOURI PACIFIC RAILROAD. | § | |

## Order Resetting Conference

The initial pretrial conference set for April 23, 1999 has been reset to:

April 22, 1999,

at 10:15 a.m.

Signed on February 18, 1999, at Brownsville, Texas.

_Hilda Tagle_
Hilda G. Tagle
United States District Judge

*o.*
*updateddl.*