*15*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**MAR 2 3 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **FELIPE SERRATA,** As Next Friend of **CISELY SERRATA** | § § § | |
| **V .** | § § | |
| **MISSOURI PACIFIC RAILROAD COMPANY** | § § § | **CIVIL ACTION NO. B-98-057** |

## ORDER OF DISMISSAL

On this the ___23___ day of ___March___, 1999, came to be considered Plaintiff's Motion to Dismiss without Prejudice, and the Court is of the opinion that said motion should be GRANTED;

IT IS, THEREFORE, ORDERED, that the above-styled and numbered cause brought by Plaintiff be and it is hereby dismissed without prejudice, with costs to be taxed against those by whom they were incurred.

SIGNED this ___23___ day of ___March___, 1999.

_____
JUDGE PRESIDING